of attachment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

SOL KAPLAN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

FLORENCE BURES, Plaintiff, and W. T. LA GOSH, Plaintiff-Respondent, v. THE REICHSBANK, Sometimes Known, Referred to and Designated as the " REICHSBANK," and the " REICHSBANK-DIREKTORIUM," Appellant.— Judgment and orders unanimously reversed, with costs, and the motion for summary judgment denied, on the ground that there are issues of fact which may be determined only upon a trial of the action. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

JOHN ROTH, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the " REICHSBANK," and the " REICHSBANK-DIREKTORIUM," Appellant.— Judgment and orders unanimously reversed, with costs, and the motion for summary judgment denied, on the ground that there are issues of fact which may be determined only upon a trial of the action. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

HARRY COHEN, Respondent, v. JOHN E. SHEEHY, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Untermyer and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, v. MUTUAL TRUST COMPANY OF WESTCHESTER COUNTY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ESBECO DISTILLING CORPORATION, Petitioner, to Review an Order of HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, Respondents, Which Order Cancels a License Heretofore Issued to Said ESBECO DISTILLING CORPORATION to Conduct a Wholesale Liquor Business.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MARGARET PLUNKETT, as Administratrix, etc., of CHRISTOPHER J. PLUNKETT, Deceased, Respondent, v. WILLIAM K. DICK and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

HYGALL CLOTHING Co., INC., on Behalf of Itself and All Other Creditors of HARRY KATZ'S CLOTHES, INC., Similarly Situated, Respondent, v. HARRY KATZ'S CLOTHES, INC., and Others, Appellants, Impleaded with Another, Defendant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

GOLDEN PACKING Co., INC., Respondent, v. SUPERIOR PACKING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

PETER VICARI, Appellant, v. MOE KAHN, Defendant, Impleaded with CHRISTOPHER WRIGHT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.